UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL SMITHSON, <br><br> Plaintiff, <br><br> vs. <br><br> SUZI PUCKETT, et al., <br><br> Defendants. | NO. 19-cv-01672-RAJ-MLP <br><br> MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL <br><br> *CLERK'S ACTION REQUIRED* <br><br> NOTE ON MOTION CALENDAR: December 13, 2019 |

## I. MOTION AND CERTIFICATION

Pursuant to W.D. Wash Local Rule LCR 83.2(b), Defendants the University of Washington and Ric Aguilar move for leave to substitute counsel. Consistent with LCR 83.2(b)(1), undersigned counsel certifies that the clients have been provided copies of this motion and approve of the substitution.

////

////

MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 1

Johnson Graffe Keay
Moniz & Wick LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 572-5323

| | |
|---|---|
| ROBERT W. FERGUSON, ATTORNEY GENERAL | JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP |
| *s/David M. Kerwin* | *s/Brian P. Waters* |
| David M. Kerwin, WSBA #35162 | Brian P. Waters, WSBA #36619 |
| *Withdrawing Attorney for Defendants* | *Substituted Attorney for Defendants* |
| *University of Washington and Ric Aguilar* | *University of Washington and Ric Aguilar* |

Accordingly, the Defendants the University of Washington and Ric Aguilar respectfully request that the Court enter an order granting leave to substitute counsel and instruct the Clerk as follows:

## II. ORDER

Having considered the foregoing and the remainder of the record, the Court hereby **ORDERS** that the Motion for Withdrawal and Substitution of Counsel of Defendants the University of Washington and Ric Aguilar is **GRANTED**. The Clerk shall amend the Parties' counsel of record accordingly.

Dated this 17th day of December, 2019.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by Brian P. Waters

*s/Brian P. Waters*
Brian P. Waters, WSBA #36619
JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP
925 4th Ave., Ste. 23000
Seattle, WA 98104
watersb@jgkmw.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I electronically filed and otherwise served the foregoing addressed to the following, by the methods indicated below:

| | |
|---|---|
| **Counsel for Defendants Puckett, Shatos & Sutton**<br>Michael C. Bolasina, WSBA #19324<br>Laura Davis, WSBA # 52035<br>Summit Law Group, PLLC<br>315 5th Ave S #1000<br>Seattle WA 98104<br>laurad@summitlaw.com; mikeb@summitlaw.com | ☐ U.S. Mail<br>☐ Messenger<br>☐ Facsimile<br>☐ E-mail/E-Service<br>☒ CM/ECF |
| **Counsel for Pro Se**<br>Russell Smithson<br>4112 109th Ave SE<br>Snohomish WA 98290<br>russellsmithson4@gmail.com | ☐ U.S. Mail<br>☐ Messenger<br>☐ Facsimile<br>☐ E-mail/E-Service<br>☒ CM/ECF |

Signed this 27th day of November, 2019 at Tacoma, Washington.

s/ Erica M. Hupf
Erica M Hupf, Legal Assistant

MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 3

Johnson Graffe Keay
Moniz & Wick LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 572-5323