UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL SMITHSON,

        Plaintiff,

   v.

SUZI PUCKETT, *et al.*,

        Defendants.

Case No. C19-1672 RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The parties submitted a proposed stipulated protective order. (Dkt. # 21.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated motion after provision of the redlined version.

//

//

MINUTE ORDER - 1

Dated this 24th day of February, 2020.

                                              William M. McCool  
                                              Clerk of Court

                                         By: Michael Williams  
                                              Deputy Clerk

MINUTE ORDER - 2