1
2
3
4
5
6
7
8
9
10

11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

13
14
15
16
17
18

RUSSELL SMITHSON,

                Plaintiff,

    v.

SUZI PUCKETT, *et al*,

                Defendants.

Case No. C19-1672 RAJ

ORDER

19
20

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

21
      (1)    The Court ADOPTS the Report and Recommendation.

22
23
      (2)    Defendants Ric Aguilar and University of Washington's motion to dismiss (dkt. # 20) is GRANTED and Plaintiff's claims against Defendants Ric Aguilar and University of Washington are dismissed with prejudice.

ORDER - 1

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 2nd day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2