The Honorable Richard A. Jones
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL SMITHSON,

                    Plaintiff,

          v.

SUZI PUCKETT, et al.,

                    Defendants.

CASE NO. 19-cv-01672-RAJ-MLP

**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR DISCOVERY CUTOFF**

This matter has come before the Court on the stipulated motion of plaintiff and

defendants to continue the deadline for the discovery cutoff until November 10, 2020.  The

Court, having reviewed the pleadings and evidence presented and on file in this motion,

hereby rules as follows:

1.     **IT IS HEREBY ORDERED** that plaintiff and defendants' stipulated motion to

        extend the deadline for completion of discovery until November 10, 2020 is

        **GRANTED**.

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEADLINE FOR DISCOVERY CUTOFF - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    Presented jointly by:

2

3    PLAINTIFF, APPEARING PRO SE

4

5    By *s/ Russell Smithson*
     Russell Smithson
6    *Russellsmithson4@gmail.com*

7

8    SUMMIT LAW GROUP, PLLC
9    Attorneys for Defendants Suzi Puckett, Mark Sutton, and Debi Shatos

10

11   By *s/ Michael C. Bolasina*
     Michael Bolasina, WSBA #19324
12   *mikeb@summitlaw.com*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEADLINE FOR DISCOVERY CUTOFF - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS SO ORDERED this 20th day of July, 2020.

_____

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEADLINE FOR DISCOVERY CUTOFF - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system that will send notification of such filing to the

following:

> Russell Smithson
> 4112-109th Avenue SE
> Snohomish, WA   98290

DATED this 16th day of July, 2020.

By s/ Suzy Windes
Suzy Windes, Legal Assistant

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEADLINE FOR DISCOVERY CUTOFF - 4

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001