UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL SMITHSON,

                Plaintiff,

    v.

SUZI PUCKETT, *et al.*,

                Defendants.

Case No. C19-1672 RAJ

ORDER

    Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. # 33) is GRANTED and Plaintiff's amended complaint and this action are dismissed with prejudice.

    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

    Dated this 20th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1